**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:25-cv-21377-BB

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

SPI SUNSET LLC, FONDA SABANETA LLC
D/B/A FONDA SABANETA, INCA GROUP LLC
D/B/A MACHUPICCHU RESTAURANT,
TROPICAL SUPERMARKET NO. 15 INC. D/B/A
PRESIDENTE SUPERMARKET NO. 22 AND
CHAI & ZENG LLC D/B/A SOUTH GARDEN
CHINESE RESTAURANT,

      Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, SPI SUNSET LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been agreed to be dismissed, and stipulate to the immediate dismissal of the claims brought against such Defendant with prejudice.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on August 7, 2025.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:  ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

/s/ *Bernard Allen*
BERNARD ALLEN
Florida Bar No. 332879
GUNSTER
901 Ponce de Leon Blvd., 10th Floor Coral Gables, FL 33134
Tel: (305) 856-2444;
E-Mail: ba@katzbarron.com
*Counsel for Defendant, SPI SUNSET, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on August 7, 2025.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.