**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-21377-BLOOM/Elfenbein

NIGEL FRANK DE LA TORRE
PARDO

      Plaintiff,

v.

SPI SUNSET LLC, FONDA
SABANETA LLC d/b/a FONDA
SABANETA, INCA GROUP LLC
d/b/a MACHUPICCHU RESTAURANT,
TROPICAL SUPERMARKET NO. 15
INC. d/b/a PRESIDENTE
SUPERMARKET NO. 22, and CHAI
& ZENG LLC d/b/a SOUTH GARDEN
CHINESE RESTAURANT

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Final Dismissal with Prejudice, ECF No. [55] ("Stipulation"), filed on August 7, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [55]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-21377-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 7, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record

2